UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS ROSE,

                Plaintiff,

       -against-

SAPIENZA ET AL,

                Defendants.

24cv1887 (LTS)

ORDER DIRECTING ORIGINAL SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. Plaintiff submitted the amended complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

    Plaintiff is directed to resubmit the signature page of the amended complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

    No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 12, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

VERIFICATION

State of New York    )

                ) ss.:

County of Dutchess  )

    Alexis Rose, being duly sworn, deposes and says:

    I am the plaintiff in the within action and I have read the foregoing Second Amendment Complaint pursuant to 28 U.S.C. § 1983, 1988, complaint, and know the contents thereof, to the Plaintiff's own knowledge, except as to those matters stated to be alleged upon information and belief, and as to those matters Plaintiff believed to be true.

Sworn to before me this
24 Day of July, 2024
Notary Public

Melissa M. Pickett
Notary Public, State of New York
Reg. No. 01PI6411972
Qualified in Dutchess County
My Commission Expires 01/25/2025

ALEXIS ROSE PLAINTIFF PRO SE
GREEN HAVEN CORR. FACILITY
594 RTE 216, P.O. BOX 4000
STORMVILLE, NY 12582

TO:    LETITIA JAMES
         ATTORNEY GENERAL OF THE STATE OF NEW YORK